**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6721**

BILAL A. AL-HAQQ,

Plaintiff - Appellant,

v.

FRANCIS JOHNSON, I.G.C.; SGT. FOGLEBACH; MS. TAMMY WAY; EUGENE SKIPPER; FRANCINE BAUGHMAN, O.H.O.,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Donald C. Coggins, Jr., District Judge.  (1:19-cv-00158-DCC)

Submitted:  October 22, 2020                    Decided:  October 27, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bilal A. Al-Haqq, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bilal A. Al-Haqq appeals the district court's order denying his requests for sanctions, a default judgment, and appointment of counsel, adopting the recommendations of the magistrate judge to deny his motion to amend and grant summary judgment to Defendants, and dismissing his 42 U.S.C. § 1983 civil rights action for failure to exhaust available administrative remedies. Al-Haqq confines his appeal to the district court's ruling dismissing the action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Al-Haqq v. Johnson*, No. 1:19-cv-00158-DCC (D.S.C. Apr. 15, 2020). We deny Al-Haqq's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*